IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 125-208 |
| CONNECT UNDERGROUND, LLC; ALEX GOMEZ; MELVIN VASQUEZ-CANTARERO; MARIA MERCEDES CANTARERO-BAUTISTA; and GARY M. COOPER, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The above-captioned case was filed on September 9, 2025 and Defendant Vasquez-Cantarero waived service of a summons on September 17, 2025. (Doc. nos. 1, 8.) Defendants Vasquez-Cantarero, Cantarero-Bautista, and Cooper filed motions to dismiss on November 21, 2025. (Doc. nos. 18, 19.) Defendants Connect Underground and Gomez filed a motion to dismiss on November 24, 2025. (Doc. no. 21.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed. The pendency of the motions to dismiss before the presiding District Judge does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of

the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 5th day of December, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA