**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CONNECT UNDERGROUND, LLC, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CV 125-208 |

**O R D E R**

Through a mediation held with the Magistrate Judge from February 18, 2026 through June 25, 2026, the Parties reached a settlement and expected to file a dismissal on or before August 17, 2026. (Doc. 71.) On September 25, 2026, the Parties informed the Court through a status report that the settlement documents have taken longer than anticipated to execute. (Doc. 75, at 1.) The Parties anticipate filing a stipulation of dismissal in the "near future" and request until October 2, 2026 to do so. (Id. at 1-2.)

Because a settlement is forthcoming, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this action.[1] See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736, at *3 n.7 (S.D. Ga.

[1] Administratively closing the case does not prejudice the rights of the Parties. It is a docket control device used by the Court for statistical purposes.

June 9, 2008). The Parties shall still file their stipulation of dismissal on or before October 2, 2026. If the Parties are unable to file their stipulation by that date, they shall file a status report with the Court setting forth the progress of their settlement.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA